| | |
|---|---|
| David R. Markham (SBN 071814)<br>dmarkham@markham-law.com<br>Maggie Realin (SBN 263639)<br>mrealin@markham-law.com<br>Lisa Brevard (SBN 323391)<br>lbrevard@markham-law.com<br>**The Markham Law Firm**<br>888 Prospect Street, Suite 200<br>La Jolla, CA 92037<br>Tel.: 619.399.3995<br>Fax: 619.615.2067<br><br>*Attorneys for Plaintiffs on behalf of themselves and the general public*<br><br>Additional attorneys listed in signature block. | MORGAN, LEWIS & BOCKIUS, LLP<br>David L. Schrader, Bar No. 149638<br>david.schrader@morganlewis.com<br>300 South Grand Avenue<br>Twenty-Second Floor<br>Los Angeles, CA 90071-3132<br>Tel: +1.213.612.2500<br>Fax: +1.213.612.2501<br><br>Mark A. Feller, Bar No. 319789<br>mark.feller@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Phone: (415) 442-1000<br>Attorneys for Defendant Tesla, Inc.<br><br>Brian M. Ercole<br>(*pro hac vice* motion forthcoming)<br>brian.ercole@morganlewis.com<br>Matthew M. Papkin<br>(*pro hac vice* motion forthcoming)<br>matthew.papkin@morganlewis.com<br>600 Brickell Ave, Suite 1600<br>Miami, FL 33131-3075<br>Tel: +1.305.415.3000<br>Fax: +1.305.415.3001<br><br>*Attorneys for Defendant Tesla Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO CORONA, ANITA JACKSON NEWMAN, AND CABANILLAS & ASSOCIATES P.C., on behalf of themselves and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:23-CV-03902-YGR<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER** |

1    Pursuant to Civil Local Rule 6-2, Plaintiffs Alejandro Corona, Anita Jackson Newman, and
2    Cabanillas & Associates P.C. ("Plaintiffs"), together with Defendant Tesla, Inc. d/b/a Tesla Motors,
3    Inc. ("Tesla"), by and through their respective counsel of record, jointly stipulate as follows:

4    WHEREAS, the Court has determined that this Action and another action, *Van Diest v.*
5    *Tesla, Inc. dba Tesla Motors, Inc.*, No. 4:23-cv-04098, are related to *Porter, et al. v. Tesla, Inc.*
6    *d/b/a Tesla Motors. Inc.*, No. 4:23-cv-03878, ECF No. 10;

7    WHEREAS, this Action was reassigned to Judge Yvonne Gonzalez Rogers for coordination
8    with the related actions, ECF No. 11;

9    WHEREAS, although this Action has been related for coordination, this Action seeks a
10   public injunction under California and New York law and does not seek to be certified as a class
11   action, like the *Porter* and *Van Diest* actions;

12   WHEREAS, Plaintiffs and Tesla, along with the parties in the related actions, met and
13   conferred on October 9, 2023, regarding upcoming deadlines;

14   WHEREAS, plaintiffs in the related *Porter* action have indicated that they intend to amend
15   their Complaint;

16   WHEREAS, Tesla has indicated it intends to move to dismiss the complaints in each of the
17   related actions and to move to compel arbitration in, at least, the *Porter* and *Van Diest* actions;

18   WHEREAS, the Parties anticipate that briefing on Tesla's motions to dismiss and/or compel
19   arbitration in the related actions will involve overlapping legal issues and arguments;

20   WHEREAS, judicial economy and the interests of the parties would be served by extending
21   Tesla's time to respond to the operative complaints, such that Tesla's time to respond is consistent
22   in each of the related actions, and by setting the case management conference after the completion
23   of such briefing;

24   THEREFORE, IT IS HEREBY AGREED AND STIPULATED THAT:

25   Tesla's time to respond to the operative complaint in this Action will be extended to
26   November 22, 2023.

27   The Initial Case Management Conference is rescheduled from November 6, 2023 to January
28   22, 2024 or another available date at the Court's convenience following the completion of briefing

on Tesla's anticipated motions to dismiss and/or compel arbitration. Accordingly, the parties' rule 26(f) report, CMC statement and initial disclosures (or objections thereto) are due on January 15, 2024.

DATED: October 12, 2023

| / s/ *David R. Markham* | /s/ *David L. Schrader* |
|---|---|
| David R. Markham (SBN 071814) | MORGAN, LEWIS & BOCKIUS, LLP |
| Maggie Realin (SBN 263639) | David L. Schrader, Bar No. 149638 |
| Lisa Brevard (SBN 323391) | david.schrader@morganlewis.com |
| **THE MARKHAM LAW FIRM** | 300 South Grand Avenue |
| 888 Prospect Street, Suite 200 | Twenty-Second Floor |
| La Jolla, CA 92037 | Los Angeles, CA 90071-3132 |
| Tel.: (619) 399-3995 | Tel: +1.213.612.2500 |
| Fax: (619) 615-2067 | Fax: +1.213.612.2501 |
| dmarkham@markham-law.com | |
| mrealin@markham-law.com | Mark A. Feller, Bar No. 319789 |
| lbrevard@markham-law.com | mark.feller@morganlewis.com |
| | One Market, Spear Street Tower |
| Catherine E. Anderson, Esq. | San Francisco, CA 94105 |
| **GISKAN SOLOTAROFF & ANDERSON LLP** | Phone: (415) 442-1000 |
| | Attorneys for Defendant Tesla, Inc. |
| 90 Broad Street, 2nd Floor | |
| New York, NY 10004 | Brian M. Ercole |
| Tel: (212) 847-8315 | (*pro hac vice* motion forthcoming) |
| Fax: (646) 964-9620 | brian.ercole@morganlewis.com |
| canderson@gslawny.com | Matthew M. Papkin |
| | (*pro hac vice* motion forthcoming) |
| Roosevelt N. Nesmith, Esq. | matthew.papkin@morganlewis.com |
| **LAW OFFICE OF ROOSEVELT N. NESMITH LLC** | 600 Brickell Ave, Suite 1600 |
| | Miami, FL 33131-3075 |
| 363 Bloomfield Avenue, Suite 2C | Tel: +1.305.415.3000 |
| Montclair, New Jersey 07042 | Fax: +1.305.415.3001 |
| Tel: (973) 259-6990 | |
| Fax: (866) 848-1368 | *Attorneys for Defendant Tesla Inc.* |
| roosevelt@nesmithlaw.com | |
| * Admitted pro hac vice | |
| *Attorneys for Plaintiffs on behalf of themselves and the general public* | |

**ORDER**

PURSUANT TO THE STIPULATION,

1. Defendant Tesla Inc.'s time to respond to the operative complaint is extended to November 22, 2023.

2. The Initial Case Management Conference is rescheduled from November 6, 2023 to January 22, 2024. The parties' rule 26(f) report, CMC statement and initial disclosures (or objections thereto) are due on January 15, 2024.

IT IS SO ORDERED.

Dated: _____          _____
                                Honorable Yvonne Gonzalez Rogers
                                United States District Court Judge